Vernon L. Putnam, Esq. SBN54363
vputnam@avilaputnam.com
Andy K. Cho, Esq. SBN232744
acho@avilaputnam.com
AVILA & PUTNAM
Professional Law Corporation
515 South Figueroa Street, Suite 1020
Los Angeles, California 90071
Telephone:    (213) 892-1444
Facsimile:    (213) 892-1555

JS - 6

Attorneys for Defendant and Counterclaimant,
FEDERAL DEPOSIT INSURANCE CORPORATION,
as Receiver for First Vietnamese American Bank

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. MANH, an individual; and ANH MANH, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>THE FEDERAL DEPOSIT INSURANCE CORPORATION, an independent agency of the UNITED STATES government, as RECEIVER for FIRST VIETNAMESE AMERICAN BANK; FIRST VIETNAMESE AMERICAN BANK, a California corporation; and Does 1 through 10, inclusive<br><br>　　　　　　　　　Defendants.<br>_____<br>FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER for FIRST VIETNAMESE AMERICAN BANK,<br><br>　　　　　　　　　Counterclaimant,<br><br>　　　v.<br><br>CHARLES H. MANH, an individual; and ANH MANH, an individual,<br><br>　　　　　　　Counter-Defendants.<br>_____ | CASE NO.  SACV11-01747 JVS (JPRx)<br><br>**JUDGMENT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>District Judge:    Hon. James V. Selna<br>Magistrate Judge:  Hon. Jean P. Rosenbluth |

///

---

1

**Judgment**

1    This action came on for hearing before the Court, on January 28, 2013, Honorable James V.
2 Selna, District Judge Presiding, on Defendant and Counterclaimant Federal Deposit Insurance
3 Corporation, as Receiver for First Vietnamese American Bank's ("FDIC") Motion for Summary
4 Judgment on the Complaint and the Counterclaim, Defendant FDIC's Motion for Judgment on the
5 Pleadings, and Plaintiffs Charles H. Manh and Anh Manh's Motion for Summary Judgment, and the
6 evidence presented having been fully considered, the issues having been duly heard and a decision
7 having been duly rendered,

9    IT IS ORDERED AND ADJUDGED, as to the Complaint, that Plaintiffs Charles H. Manh and
10 Anh Manh take nothing; that the action be dismissed on the merits; and that Defendant FDIC recover its
11 costs.

13   IT IS FURTHER ORDERED AND ADJUDGED, as to the Counterclaim, that Counterclaimant
14 FDIC recover from Counter Defendants Charles H. Manh and Anh Manh the sum of $23,097.50 and its
15 costs.

17 Dated: February 19, 2013    _____
                                         Honorable James V. Selna
18                                       United States District Judge

**Judgment**